NUMBER 13-00-152-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


LELETIA SMITH
, Appellant,


v.



TOYOTA MOTOR SALES, U.S.A., INC., 

D/B/A LEXUS, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 377th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, LELETIA SMITH, perfected an appeal from a judgment
entered by the 377th District Court of Victoria County, Texas, in cause
number 96-8-49,572-D. On April 19, 2000, the District Clerk notified
this Court that the clerk's record had not been filed because appellant
had not paid or made arrangements for payment of the clerk's fee for
preparation of the clerk's record. On April 26, 2000, in accordance with
Tex. R. App. P. 37.3(b), notice was given to appellant that this appeal
was subject to dismissal. Appellant was advised that, unless this
defect was corrected within ten days from the date of receipt of this
Court's notice, this appeal would be dismissed for want of prosecution. 
To date, no response has been received. 

 The Court, having examined and fully considered the documents
on file, appellant's failure to pay or make arrangements for payment of
the clerk's fee for preparation of the clerk's record, this Court's notice,
and appellant's failure to respond, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 18th day of May, 2000